## 15505

NIMMONS-ADAMS LUMBER COMPANY v. WHITTEN *ET AL.*

(24 S. E. (2d), 272)

198 

 April, 1941. 

202

206

*Mr. Julien D. Wyatt*, of Pickens, Counsel for Appellant,

*Messrs. Mann & Mann,* of Pickens, Counsel for Respondent,

February 16, 1943.

*Per curiam:*

After a careful study and consideration of the record in this case, in the light of the issues made by the exceptions, we are of the opinion that the Circuit Court, in its well-considered decree, correctly decided the case. We adopt that decree as the judgment of this Court. Let it be reported.

Judgment affirmed.

MR. CHIEF JUSTICE BONHAM, MESSRS. ASSOCIATE JUSTICES FISHBURNE and STUKES, and CIRCUIT JUDGES L. D. LIDE and E. H. HENDERSON, ACTING ASSOCIATE JUSTICES, concur.